IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Linda R. Into, ) | Case No.1:09cv1598 |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | O R D E R |
| ) | |
| Commissioner of Social Security, ) | |
| ) | JUDGE CHRISTOPHER A. BOYKO |
| Defendant. ) | |
| ) | |

On July 13, 2009, Plaintiff filed a complaint pursuant to Title 42 U.S.C. Section 405(g). (Dkt. #1). This matter was referred to Magistrate Judge Greg White pursuant to Local Rule 72.2. On June 29, 2010, the Magistrate Judge recommended that the decision of the Commissioner be vacated and the case remanded for further proceedings (Dkt. #25). On July 13, 2010, Defendant filed a response to the Report and Recommendation stating they have no objection to the decision.(Dkt #26).

Therefore, Magistrate Judge White's Report and Recommendation is **ADOPTED,** the decision of the Commissioner is vacated and the case is remanded for further proceedings.

IT IS SO ORDERED.

Dated: July 15, 2010

*S/Christopher A. Boyko*
CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE